IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**         *

    v.                                  *         Case No. GLR-18-597

  **MARCUS PITTS**                    *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUPPRESS SEARCH EVIDENCE

Now comes the Defendant, Marcus Pitts, by his attorney, Law Offices of Gerald C. Ruter, P.C. and respectfully moves this Honorable Court to suppress all evidence obtained directly and/or indirectly as a result of the execution of a **search warrant executed** on **four cell phones** on **September 20, 2018,** and in support of his Motion says as follows:

    1. Mr. Pitts is charged with possession with the intent to distribute 280 grams or more of cocaine base, in violation of 21 U.S.C. 841(a)(1).

    2. On September 20, 2018, Judge Gerald Purnell of the Worcester County District Court signed a search warrant for the examination of four cell phones that had been seized on September 14, 2018, from 9103 Poplar Road, Berlin, Maryland.

    3. Thereafter, the warrant was executed. Discovery indicates that only one of the four cell phones analyzed, a

Motorola Model XT1767, may be relevant to the pending charges. Two other phones analyzed apparently had not been used since October 9, 2012 and May 13, 2014; the third cell phone could not be analyzed at all.

4. The warrant lacks probable cause.

5. The warrant fails to establish an adequate nexus between the places to be searched and the probable cause, if any, to conduct the search.

6. The warrant fails to establish probable cause to believe that the things sought to be seized will be found as a result of said search.

7. The warrant is a general warrant.

8. The warrant was executed in such a way as to have the legal effect of being a general warrant.

9. The warrant is so facially deficient of probable cause that the affiant could hold no reasonable belief as to its legality.

**WHEREFORE,** it is prayed this Honorable Court suppress any evidence seized directly or indirectly from the search as being in violation of the Fourth Amendment of the United States Constitution.

Respectfully Submitted,

*/s/ Gerald C. Ruter*
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland 21237
(410) 238-8000
Ruterlaw@verizon.net

**Request for Hearing**

A hearing is requested pursuant to Local Rule 105.6.

**Certificate of service**

I hereby certify that a copy of this paper was sent on this 23rd day of March, 2020, electronically to all parties of record by ECF.

*/s/ Gerald C. Ruter*
Gerald C. Ruter

3