UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

August 11, 2020

MEMORANDUM TO COUNSEL:

      Re: USA v. Marcus Pitts
         Criminal No. GLR-18-0597

Dear Counsel:

 Pursuant to your conversation with my Chambers today, please be advised that the schedule is revised as follows:

   Reply Deadline      September 18, 2020
   Motions Hearing     December 1, 2020 – 10:00

 The location of the proceeding will be determined upon confirmation by counsel.

 Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

           Very truly yours,

           /s/

           George L. Russell, III